**No. 10-1384 (R46-022). Max Rack, Inc., Petitioner v. Hoist Fitness Systems, Inc.**

564 U.S. 1057, 132 S. Ct. 54, 180 L. Ed. 2d 923, 2011 U.S. LEXIS 5083.

August 9, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 408 Fed. Appx. 364.